UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

MARY KURTZ,

                        Plaintiff,

                                                                                            **STIPULATION OF
PARTIAL DISMISSAL
WITH PREJUDICE
AGAINST PFIZER
DEFENDANTS**

                        -vs-                                                          Case No.: 3:06-cv-05948

PFIZER, INC., PHARMACIA CORPORATION, a      MDL No.: 1699
wholly-owned subsidiary of PFIZER, INC., and
PHARMACIA & UPJOHN COMPANY, a wholly-owned
subsidiary of PHARMACIA CORPORATION, and
MERCK & CO., INC,

                        Defendants.
-------------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mary Kurtz ("Plaintiff"), Defendants Pfizer, Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company ( "Pfizer Defendants" ), through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, Plaintiff Mary Kurtz's claims asserted against Pfizer Defendants, which were filed in the Complaint in the above-entitled action are dismissed with prejudice and without costs to any of the parties as against the other.

      This Stipulation may by filed without further notice with the Clerk of the Court. A

facsimile copy of this Stipulation shall have the same effect as the original.

Dated: Binghamton, New York
       January 30, 2009

LAW OFFICE OF RONALD R. BENJAMIN

By: _____
Ronald R. Benjamin
126 Riverside Drive, P.O. Box 607
Binghamton, New York 13902-0607
(607) 772-1442
*Attorneys for Plaintiffs*

DLA PIPER

By: _____/s/_____
Christopher M. Strongosky
Tiffany L. Christian
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
*Attorneys for Defendants*

SO ORDERED: _____
             HON. CHARLES R. BREYER



IT IS SO ORDERED
Judge Charles R. Breyer